UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER V. HIBBARD,<br><br>Defendant. | Case No. 9:21-PO-5035-M-KLD<br><br>VIOLATION: FBDW00GX<br><br>DISPOSITION CODE: PF<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated September 9, 2021, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $95.00 to $50.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $50.00, which has been paid in full.

DATED this 4th day of October, 2021.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge